IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV00012-MU

| | |
|---|---|
| JOSEPH GLOVER, JR., )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL PIEDMONT COMMUNITY )<br>COLLEGE, )<br>   Defendant. )<br>_____) | ORDER |

  THIS MATTER is before the Court upon the Defendant's Motion to Dismiss Plaintiff's Complaint. Having reviewed the Complaint in this case and all relevant motions, the Court notes an unaddressed issue as to whether this Court has subject matter jurisdiction over the Plaintiff's claims. IT IS THEREFORE ORDERED that the parties submit briefs on the issue of subject matter jurisdiction within twenty (20) days from the date of this Order.

**Signed: August 24, 2005**

Graham C. Mullen
Chief United States District Judge