IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV12-MU

| | |
|---|---|
| JOSEPH GLOVER, JR., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL PIEDMONT COMMUNITY )<br>COLLEGE, )<br>      Defendant. )<br>_____) | ORDER |

      THIS MATTER is before the Court upon the Court's own motion. On August 24, 2005, this Court directed the parties to brief the issue of subject matter jurisdiction. After reviewing both briefs, it is apparent that Plaintiff has specifically disavowed any claims other than those brought under a North Carolina state law negligence theory, thus eliminating any federal question that might sustain the Court's jurisdiction over the case. As both parties concede that no diversity exists between them, this action may not proceed in federal court.

IT IS THEREFORE ORDERED that this case be DISMISSED for lack of subject matter jurisdiction.

**Signed: September 30, 2005**

Graham C. Mullen
Chief United States District Judge